UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
June 8, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FIDEL ANDRADE<br><br>    Defendant. | Case No. 2:22-mj-00087-JDP<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release FIDEL ANDRADE Case No. 2:22-mj-00087-JDP Charges 21 USC § 846, 841(a)(1) from custody for the following reasons:

    \_\_\_\_\_ Release on Personal Recognizance

    \_\_\_\_\_ Bail Posted in the Sum of $ _____

      X    Unsecured Appearance Bond $ 50,000.00 co-signed by Celina Andrade and Araceli Adrade.

    \_\_\_\_\_ Appearance Bond with 10% Deposit

    \_\_\_\_\_ Appearance Bond with Surety

    \_\_\_\_\_ Corporate Surety Bail Bond

    \_\_\_\_\_ (Other): \_\_

Issued at Sacramento, California on June 8, 2022 at 2:00 PM

Dated: June 8, 2022

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE